UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**LIBERTY MUTUAL INSURANCE CO.**     )
                                     )
         **Plaintiff,**               )
                                     )
v.                                   )
                                     )     CASE NUMBER 1:06CV01376
**COMMERCIAL SHUTTLE SERVICE, INC.,** )
**JOHN GREENE TRANSPORTATION CO.,**   )     JUDGE: Richard J. Leon
**PATTERSON FREIGHT SYSTEMS, INC.,**  )
**HOLLAR & GREENE PRODUCE CO., INC.,**)     DECK TYPE: General Civil
**WINTERHAVEN TRANSPORTATION**        )
**SERVICES, INC.**                    )     DATE STAMP: 08/03/2006
         **Defendants.**              )
                                     )

---

### RULE 26.1 CERTIFICATE OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, Eric R. Stanco, counsel of record for Liberty Mutual Insurance Company, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Liberty Mutual Insurance Company which have any outstanding securities in the hands of the public: None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

                                                                  Eric R. Stanco
                                                                  Stanco & Associates
                                                                  126 C Street, N.W.
                                                                  Washington, D.C. 20001
                                                                  (202) 331-8822
                                                                  (202) 331-9705 (facsimile)