UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LIBERTY MUTUAL INSURANCE CO.,   )
                     **Plaintiff**  )
v.   )   **Civil Action No.**
   )
COMMERCIAL SHUTTLE SERVICE, INC.,   )
JOHN GREENE TRANSPORTATION CO.,   )
PATTERSON FREIGHT SYSTEMS, INC.,   )
HOLLAR & GREENE PRODUCE CO., INC.,   )
and WINTERHAVEN TRANSPORTATION   )
SERVICES, INC.,   )
   )
                    **Defendants.**   )
_____)

## MOTION PURSUANT TO FRCP 67 TO
## DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

      COMES NOW, plaintiff, Liberty Mutual Insurance Company (LMIC), and moves this Court pursuant to FRCP 67 for an Order granting permission to deposit into the Registry of the Court the sum of $10,000.00, such sum being the proceeds of a bond, to be held for distribution upon resolution of conflicting claims against the bond.

In support of this Motion, plaintiff, LMIC, respectfully directs the Court's attention to the Complaint in Interpleader and Plaintiff, Liberty Mutual Insurance Company's Memorandum of Points and Authorities in Support of Motion to Deposit Funds Into Court Registry filed herewith.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE COMPANY,
By its attorneys:

_____
Eric R. Stanco
(D.C. Bar No. 456896)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

## CERTIFICATE OF SERVICE

I, Eric R. Stanco, do hereby certify that a true copy of the foregoing Motion and the supporting Memorandum and proposed Order were served upon all parties with the service of process and other papers in this matter.

_____