UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**LIBERTY MUTUAL INSURANCE CO.,**   )
                                    )
         **Plaintiff**              )
                                    )
v.                                  )  **Civil Action No.**
                                    )
**COMMERCIAL SHUTTLE SERVICE, INC.,** )
**JOHN GREENE TRANSPORTATION CO.,** )
**PATTERSON FREIGHT SYSTEMS, INC.,** )
**HOLLAR & GREENE PRODUCE CO., INC.,** )
and **WINTERHAVEN TRANSPORTATION**  )
**SERVICES, INC.,**                 )
                                    )
         **Defendants.**            )
_____)

## PLAINTIFF, LIBERTY MUTUAL INSURANCE COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

### I. Introduction

Plaintiff, Liberty Mutual Insurance Company (LMIC), submits this Memorandum in support of its Motion seeking permission to deposit funds into the Registry of the Court.

### II. Statement of Facts

Plaintiff, LMIC, issued a Broker's Surety Bond (the Bond) on behalf of defendant, Winterhaven Transportation Services, Inc. (Winterhaven), as principal, pursuant to 49 U.S.C. § 13906 (b). As required by that statute, the Bond was issued on behalf of Winterhaven for the benefit of any and all motor carriers or shippers to whom Winterhaven may be legally liable for the damages described in the Bond.

LMIC has received multiple adverse claims against the Bond, which claims involve damages to motor carriers or shippers allegedly caused by defendant, Winterhaven, while acting as a licensed Property Broker of Transportation within the period covered by the Bond.

The total amount of the claims received to date by LMIC exceed the penal sum of the Bond, and LMIC is unable to determine the respective interests of the claimants in the proceeds of the Bond. Accordingly, LMIC has filed the above-captioned seeking relief in statutory interpleader under 28 U.S.C. § 1335 and wishes to deposit the proceeds of the Bond with the Court so that the defendants may interplead and settle between them and LMIC be discharged of all further liability.

### III. Conclusion

For the foregoing reasons, LMIC's Motion should be granted and LMIC be permitted to deposit the proceeds of the Bond into the Registry of the Court.

                                  Respectfully submitted,

                                  LIBERTY MUTUAL INSURANCE COMPANY,
                                  By its attorneys:

                                  _____
                                  Eric R. Stanco
                                  (D.C. Bar No. 456896)
                                  Stanco & Associates
                                  126 C Street, N.W.
                                  Washington, D.C. 20001
                                  (202) 331-8822
                                  (202) 331-9705 (facsimile)