UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**LIBERTY MUTUAL INSURANCE COMPANY,** )
                                    )
                    **Plaintiff,**  )
                                    )
v.                                  ) **Civil Action No.**
                                    )
**COMMERCIAL SHUTTLE SERVICE, INC.,** *et al.* )
                                    )
                    **Defendants.** )
_____)

### ORDER

Upon consideration of the Motion and supporting Memorandum submitted by plaintiff, Liberty Mutual Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from Liberty Mutual Insurance Company in the amount of $10,000.00.

**SO ORDERED** this _____ day of August 2006.

_____

United States District Judge