IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO.<br>450 Plymouth Meeting Road<br>Plymouth Meeting, PA 19462<br><br>       Plaintiff,<br><br>       v.<br><br>COMMERCIAL SHUTTLE SERVICE, INC.<br>P.O. Box 50575<br>Albany, GA 31793<br><br>       and<br><br>JOHN GREENE TRANSPORTATION CO.<br>3305 S. Washington Avenue<br>Titusville, FL 32714<br><br>       and<br><br>PATTERSON FREIGHT SYSTEMS, INC.<br>3108 Central Drive<br>Plant City, FL 33567<br><br>       and<br><br>HOLLAR & GREENE PRODUCE CO., INC.<br>P.O. Box 3500<br>Boone, NC 28607<br><br>       and<br><br>WINTERHAVEN TRANSPORTATION<br>SERVICES, INC.<br>2515 Winterfield Drive<br>Gastonia, NC 28056-8634<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-01376-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **ANSWER AND COUNTERCLAIM OF**<br>)  **DEFENDANT JOHN GREENE**<br>)  **TRANSPORTATION CO. TO**<br>)  **COMPLAINT IN INTERPLEADER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

COMES NOW Defendant John Greene Transportation Co. by and through Counsel, and files this its Answer to Plaintiff's Complaint in Interpleader and Requests for Relief and states as follows:

## ANSWER

1. John Greene Transportation Co. (hereinafter referred to as "John Greene") is a motor carrier whose business address is 3305 S. Washington Avenue, Titusville, FL 32714.

2. Winterhaven Transportation Services, Inc. (hereinafter referred to as "Winterhaven") owes John Greene $4,620.00 for freight charges which are due, owing and unpaid. Attached hereto as Appendix A is a copy of the freight bill(s) and bill(s) of lading for the shipment(s) transported by John Greene.

## COUNTERCLAIM

3. At all times here relevant, the Plaintiff was the surety for the above referenced indebtedness by virtue of a broker bond filed on Winterhaven's behalf with the Federal Highway Administration.

4. Defendant John Greene reserves its right to object to any award of attorneys' fees or cost to Plaintiff or to object to any claim by third parties which might have the effect of diminishing the recovery available under the bond.

WHEREFORE, Claimant requests of this Court:

(1) to enter Judgment against Liberty Mutual Insurance Company, Inc. in the amount of $4,620.00 on behalf of John Greene Transportation Co.;

(2) that payment of same be satisfied by payment of interpled funds; and

(3) that the Court grant such other and further relief as it may deem just and fit.

Dated: August 21, 2006

                                                   Respectfully submitted,

                                                   _____/s /_____
                                                   John T. Husk, Esq., DC Bar #434714
                                                 Seaton & Husk, L.P.
                                                 2240 Gallows Road
                                                 Vienna, VA 22182
                                                 Tel: 703-573-0700
                                                 Fax: 703-573-9786

                                               *Counsel for Defendant*
                                               *John Greene Transportation Co.*

C:\Seaton&Husk\Forms\INTERPLE\GREENE-Answer.wpd

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2006, a copy of the foregoing ANSWER AND COUNTERCLAIM OF DEFENDANT JOHN GREENE TRANSPORTATION CO. TO COMPLAINT IN INTERPLEADER was sent via U.S. Mail to the following:

      Eric R. Stanco
      Stanco & Associates
      126 C Street, NW
      Washington, DC 20001
      Tel: 202-331-8822
      Fax: 202-331-9705
      *Counsel for Plaintiff*

                                      /s/
                                  John T. Husk