# APPENDIX A



TRANSPORTATION COMPANY

# INVOICE

3305 S. WASHINGTON AVE.
TITUSVILLE, FL 32780
1-800-327-4860 MC 327414

| INVOICE NUMBER 009661 | INVOICE DATE 5/10/05 |
|---|---|
| SHIP DATE 5/04/05 | DELIVERY DATE 5/06/05 |
| DRIVER | TRIP NO. |
| P.O. NO. 3898 | B/L NO. |

WINTRA

WINTERHAVEN TRANSPORTATION
SERVICES, INC.
2515 WINTERFIELD DRIVE
GASTONIA NC 28056

SHIPPER

DEAN

DEAN PICKLE & SPECIALITY
PRODUCTS CO.
PO BOX 130
TURKEY NC 28393

CONSIGNEE

PUBLIX
BOYNTON BEACH, MIAMI,FL
ASSOCIATED GROCERS
MIAMI FL 33010

| QUAN. | DESCRIPTION | IDENTIFIER | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | FREIGHT OF ALL KINDS | FLAT | | 1225.00 | 1,225.00 |
| 3 | UNLOADING CHARGES | FLAT | | 185.00 | 185.00 |
| 3 | *** INVOICE TOTALS *** | | | | 1,410.00 |

**PAYMENT DUE UPON RECEIPT**
**THANK YOU!**



**WINTERHAVEN TRANSPORTATION SERVICES, INC.**
**LOAD CONFIRMATION AND RATE AGREEMENT**

Pursuant to our verbal agreement on this day 5/2/05 both parties agreed that Winterhaven Transportation Service, Inc has brokered to John Greene, the following load. Please refer to our reference # 3898 when inquiring.

Type of equipment V or R

Pallets required 0

Shipper: Dean Foods
Turkey, NC
Pickup - 5/4/05

Consignee: Publix - Boynton Beach, FL
407-369-7900
delivers: 5/5/05 - 0700

2nd stop Publix - Miami, FL
813-688-1188
delivers: 5/5/05 - 1000

3rd stop Associated Grocers
Miami, FL
delivers: 5/5/05 - 1200
305-696-0080

Special Instructions:

RATE AGREED UPON $ 1225.00

Rate agreed and brokered by:
Debra Smith
Signature
Winterhaven Transportation Services, Inc

Rate agreed to and accepted by:
______________________
Signature
MC#______________________
Driver:______________________
Truck #____________ Trailer#________

Bills must be sent to the following address to be processed for payment:

**Winterhaven Transportation Services, Inc.**
**2515 Winterfield Drive**
**Gastonia, North Carolina 28056**
**Phone (888) 922-4203**
Fax (704) 824-7708

You must include original bill of ladings, invoice and any receipts for loading, unloading, or pallets. Any charges for detention or layover must be included in this agreement. Our terms of payment are 28 business days from day of receipt of orginal bill of ladings in the office of Winterhaven Transportation.

**PLEASE SIGN AND FAX BACK TO (704) 824-7708**

May 02 05 10:24a Winterhaven Tram 7048247708 p.1

STRAIGHT BILL OF LADING

SHOW THIS BILL OF LADING NUMBER ON ALL FREIGHT BILLS: 66998

Carrier Name: WINTERHAVEN TRAN

Pro Number: 907
Seal Number: 22840 LSV
Shipper's Reference No: 0930274

Load Build: 305956
Trailer Number: T3

SCAC
Master Bill of Lading

Origin: CF4
67130
Page: 1

Date: 5/04/05

Consigned to and Destination: PUBLIX SUPER MARKETS/BOYNTON
5500 PARK RIDGE BLVD
BOYNTON BEACH FL 33426

Duns Number
Shipper Address: Dean Pickle & Specialty Products Co
7401 Hwy. 24 West
Turkey, NC 28393
USA

Send Freight Bill to: Dean Pickle & Specialty Products Co.
7401 Hwy. 24 West
ATTN Billing Department
Turkey, NC 28393
USA

Dean FOODS

Freight Terms: PREPAID
Account Number: 31393340

| No. Pieces | Kind of Package | Description of Articles, Special Marks and Exceptions | Weight | Class |
|---|---|---|---|---|
| 340 | | Foodstuffs other than frozen | 6677.00 | 60.0 |
| 340 | Total Pieces | Total Weight | 6677.00 | LB |

Customer PO: B380235-01

SPECIAL INSTRUCTIONS TO CARRIER:

**PERISHABLE - KEEP FROM FREEZING** **SHIPPER LOAD / CARRIER COUNT**

PALLETS OUT: 0000 WHT .00005 CHEP
IN: Grade A Pallets: 0 Grade B Pallets: 0 $ Rec. 0.00
B4 SHIPPING CFA 407-369-7900
REC HOURS 8AM - 1600 MON - FRI
SHIP ON CHEP PALLETS
DONT SHIP SHORT W/O NOTIFYING CS
APPOINTMENT DATE: 05/05/2005 TIME: 0700 CONTACT:
LOAD: 633 SEQ: 3

Publix 05/05/05
Received 340cs
Michele Weimer

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signed by DEAN FOODS

Driver Signature: [signature] Date: 5-4-05 Time of pick up: ______

RECEIPT

DATE 5-5-05 No.

RECEIVED FROM Tri County Lumpers $145.00

Fed tax # 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 DOLLARS

☐ FOR RENT ☐ FOR Unloading fee

| ACCOUNT | | ☐ CASH |
|---|---|---|
| PAYMENT | | ☐ CHECK |
| BAL. DUE | | ☐ MONEY ORDER |

FROM TO

BY Tony Nieto

Classic 101

---

(49)

FHI, LLC
P.O. Box 546
FUQUAY VARINA, NC 27526
Fed. ID# 56-2174318

**CASH RECEIPT** Date 5 MAY 05 PBLX-- 566588

Received From DUNN

Address PUBLIX - Supermarkets -- BOYNTON FL Facility# 4125

Fifteen % Dollars $ 15.00

For UNLOADING Tr# T3 PO# 0. 380335-0

Truck # 1 Trip/Load#

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 15.00 | CASH | ✓ |
| AMT. PAID | 15.00 | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER ☐ CREDIT CARD ☐ | |

x [signature] Driver's Signature

By [signature]

---

FHI, LLC
P.O. Box 546
FUQUAY VARINA, NC 27526
Fed. ID# 56-2174318

**CASH RECEIPT** Date 5-5-05 PBLX-- 572470

Received From DUNN TRANS-

Address PUBLIX - Supermarkets -- Miami FL Facility#

Twenty Five Dollars $ 25.00

For UNLOADING Tr# T3 PO# M. 380234-01

Truck # 1 Trip/Load#

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 25.00 | CASH ✓ | |
| AMT. PAID | 25.00 | CHECK | |
| BALANCE DUE | — | MONEY ORDER ☐ CREDIT CARD ☐ | |

[signature] Driver's Signature

By [signature]



# INVOICE

**3305 S. WASHINGTON AVE.**
**TITUSVILLE, FL 32780**
**1-800-327-4860 MC 327414**

WINTRA

WINTERHAVEN TRANSPORTATION
SERVICES, INC.
2515 WINTERFIELD DRIVE
GASTONIA NC 28056

| INVOICE NUMBER | 009698 | INVOICE DATE | 5/13/05 |
|---|---|---|---|
| SHIP DATE | 5/10/05 | DELIVERY DATE | 5/13/05 |
| DRIVER | | TRIP NO. | |
| P.O. NO. | 3905 | B/L NO. | |

SHIPPER

DEAN

DEAN PICKLE & SPECIALITY
PRODUCTS CO.
PO BOX 130
TURKEY NC 28393

CONSIGNEE

PUBLIX
MIAMI, FL
WINN-DIXIE
MIAMI FL 33010

| QUAN. | DESCRIPTION | IDENTIFIER | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | FREIGHT OF ALL KINDS | FLAT | | 1150.00 | 1,150.00 |
| 2 | UNLOADING CHARGES | FLAT | | 160.00 | 160.00 |
| 2 | *** INVOICE TOTALS *** | | | | 1,310.00 |

JOHN GREENE

**PAYMENT DUE UPON RECEIPT**
**THANK YOU!**

**WINTERHAVEN TRANSPORTATION SERVICES, INC.**
**LOAD CONFIRMATION AND RATE AGREEMENT**

Pursuant to our verbal agreement on this day 5/9/05 both parties agreed that Winterhaven Transportation Service, Inc has brokered to John Greene, the following load. Please refer to our reference # #3905 when inquiring.

Type of equipment V or R

Pallets required 24

Shipper: Dean Foods
Turkey, NC
pickup - 5/10/05

Consignee: Publix - Miami, FL
813-688-1188
delivers: 5/12/05 - 1000

2nd stop Winn Dixie - Miami, FL
305-769-6666
delivers: 5/12/05 - 1200
door 48

3rd stop

Special Instructions:

RATE AGREED UPON $1150.00

Rate agreed and brokered by:

Debra Smith
Signature

Winterhaven Transportation Services, Inc

Rate agreed to and accepted by:

Signature

MC#

Driver:

Truck # Trailer#

Bills must be sent to the following address to be processed for payment:

**Winterhaven Transportation Services, Inc.**
**2515 Winterfield Drive**
**Gastonia, North Carolina 28056**
**Phone (888) 922-4203**
**Fax (704) 824-7708**

You must include original bill of ladings, invoice and any receipts for loading, unloading, or pallets. Any charges for detention or layover must be included in this agreement. Our terms of payment are 28 business days from day of receipt of orginal bill of ladings in the office of Winterhaven Transportation.

PLEASE SIGN AND FAX BACK TO (704) 824-7708

May 09 05 01:14p Winterhaven Tram 7048247708 p.1

# PACKING LIST

ipper Name and Address
Dean Pickle & Specialty Products Co
7401 Hwy 24 West
Turkey, NC 28393
USA

Shipping Marks

Page: 1

STOP

nsignee Name and Address Acct# 40473310
WINN DIXIE MIAMI
3300 NW 123RD STREET
MIAMI FL 33102

Purchase Order #
21618

Secondary PO# 1

voice #

Pl# Wve PTyp Seq#1 Seq#2
0013.004 BCP

Pallet# 47682319

Date 5/10/05

Dock Area 051 Dock Spot 511

Name of Carrier
WINTERHAVEN TRAN

Order #
0932092

| Quantity of Pkgs/Items | Contents | Description | Weight in Pounds | UPC |
|---|---|---|---|---|
| 51.000 CS | 607950509918 | 12/8 OZ FR VANILLIA NDC -WNNDX | 377.40 | 002114018718 |
| 34.000 CS | 607952509918 | 12/8 OZ FF FREN VANILLA -WNNDX | 251.60 | 002114018717 |
| 68.000 CS | 607950709918 | 12/8 OZ HAZELNUT NDC -WNNDX | 503.20 | 002114018719 |
| 17.000 CS | 607950909918 | 12/8 OZ IRSHCRM NDCR -WNNDX | 125.80 | 002114018728 |
| 28.000 CS | 616933351253 | 12/16 OZ ORIGINAL NDC -CRMPA | 399.00 | 004190006981 |
| 119.000 CS | 606940409918 | 12/6 OZ ND CREAMER 33106-WNNDX | 689.01 | 002114018710 |
| 270.000 CS | 611940409918 | 12/11 OZ NDCRMR 33106 -WNNDX | 2732.40 | 002114018711 |
| 34.000 CS | 607950809918 | 12/8 OZ AMARETTO NDCRMR -WNNDX | 251.60 | 002114018716 |
| 91.000 CS | 636933351253 | 6/35.3 OZ 45% NDC -CRMPA | 1033.20 | 004190007007 |
| 222.000 CS | 637940409918 | 12/35.3 OZ NDCRMR 33106 -WNNDX | 5839.82 | 002114018715 |
| 90.000 CS | 622940409918 | 12/22 OZ NDCRMR 33106 -WNNDX | 1742.40 | 002114018714 |
| 112.000 CS | 616940409918 | 12/16 OZ NDCRMR 33106 -WNNDX | 1596.00 | 002114018721 |
| 42.000 CS | 616941409918 | 12/16 OZ LITE NDC 14% -WNNDX | 598.50 | 002114018712 |
| 84.000 CS | 616943209918 | 12/16 OZ FAT FREE NDC -WNNDX | 1197.00 | 002114018713 |
| 77.000 CS | 437075006611 | 9/36 OZ PANCAKE SYRUP -NWDDD | 2525.60 | 007520000977 |
| 44.000 CS | 424074606611 | 12/24 OZ LITE SYRUP -NWDDD | 1139.60 | 007520000980 |
| 99.000 CS | 424075006611 | 12/24 OZ PANCAKE SYRUP -NWDDD | 2880.90 | 007520000976 |
| 66.000 CS | 424070206611 | 12/24 OZ PAN SYR SGF -NWDDD | 1458.60 | 007520000978 |
| 44.000 CS | 437074806611 | 9/36 OZ BUTTER MAPLE -NWDDD | 1443.20 | 007520000062 |
| 140.000 CS | 413074806611 | 12/12 OZ BUTTER MAPLE -NWDDD | 2100.00 | 007520000937 |
| 110.000 CS | 424074816622 | 12/24 OZ BUTTER MAPLE -NWCPN | 3201.00 | 007520000936 |

PALLETS OUT: 0004 WHT 0002
IN: Grade A Pallets: 21 Pallets 5 # Rec. 0.00

al Packages: 1842
al Weight: 33435.83 LBS

REC 1842
05/12/05



JOHN GREENE
TRANSPORTATION COMPANY

# INVOICE

3305 S. WASHINGTON AVE.
TITUSVILLE, FL 32780
1-800-327-4860 MC 327414

WINTRA

WINTERHAVEN TRANSPORTATION
SERVICES, INC.
2515 WINTERFIELD DRIVE
GASTONIA NC 28056

| INVOICE NUMBER | 009709 | INVOICE DATE | 5/17/05 |
|---|---|---|---|
| SHIP DATE | 5/11/05 | DELIVERY DATE | 5/13/05 |
| DRIVER | | TRIP NO. | |
| P.O. NO. | 3906 | B/L NO. | |

SHIPPER

DEAN FOODS

FAISON NC 28341

CONSIGNEE

MARTIN BROWER

POMPANO BEACH FL 33060

| QUAN. | DESCRIPTION | IDENTIFIER | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | FREIGHT OF ALL KINDS | FLAT | | 1100.00 | 1,100.00 |
| | *** INVOICE TOTALS *** | | | | 1,100.00 |

JOHN GREENE

**PAYMENT DUE UPON RECEIPT**
**THANK YOU!**

(9709)

**WINTERHAVEN TRANSPORTATION SERVICES, INC.**
**LOAD CONFIRMATION AND RATE AGREEMENT**

Pursuant to our verbal agreement on this day 5/11/05 both parties agreed that Winterhaven Transportation Service, Inc has brokered to, John Greene Transportation, the following load. Please refer to our reference # 3906 when inquiring.

Type of equipment V/R Pallets required -0-

Shipper: Dean Foods
Faison, NC
5/11/05

Consignee: Martin Brower
Pompano Beach, FL
5/12/05 0900

Special Instructions:

2nd stop ____

3rd stop ____

RATE AGREED UPON 1100 —

Rate agreed and brokered by:
Donna
Signature
Winterhaven Transportation Services, Inc

Rate agreed to and accepted by:
Signature
MC#
Driver:
Truck # Trailer#

Bills must be sent to the following address to be processed for payment:
**Winterhaven Transportation Services, Inc.**
**2515 Winterfield Drive**
**Gastonia, North Carolina 28056**
**Phone (888) 922-4203**
**Fax (704) 824-7708**

You must include original bill of ladings, invoice and any receipts for loading, unloading, or pallets. Any charges for detention or layover must be included in this agreement. Our terms of payment are 28 business days from day of receipt of orginal bill of ladings in the office of Winterhaven Transportation.

PLEASE SIGN AND FAX BACK TO (704) 824-7708

STRAIGHT BILL OF LADING

SHOW THIS BILL OF LADING NUMBER ON ALL FREIGHT BILLS: 7270

Carrier Name: Customer Pickup Carrier

Pro Number:
Seal Number: 0013753
Shipper's Reference No: 0933620

Load Build: 308156
Trailer Number: T3

SCAC:
Master Bill of Lading: 7270
Origin: CF1
Page: 1

Date: 5/11/05

Consigned to and Destination: MARTIN BROWER CO 46
1661 NW 12TH AVENUE
POMPANO BEACH FL 33069

Shipper Address: Duns Number:
Dean Pickle & Specialty Products Co
354 North Faison Avenue
Faison, NC 28341
USA

Send Freight Bill to: Dean Pickle & Specialty Products Co
354 North Faison Avenue
ATTN Billing Department
Faison, NC 28341
USA

Freight Terms: PREPAID
Account Number: 24223306

Dean FOODS

| No. Pieces | Kind of Package | Description of Articles, Special Marks and Exceptions | Weight | Class |
|---|---|---|---|---|
| 864 | | Foodstuffs other than frozen | 38232.00 | 60.0 |
| 864 | Total Pieces | Total Weight | 38232.00 | LB |

Customer PO: 353640

SPECIAL INSTRUCTIONS TO CARRIER:

PERISHABLE - KEEP FROM FREEZING SHIPPER LOAD / CARRIER COUNT

PALLETS OUT: 0000 WHT 00024 CHEP
IN: Grade A Pallets: 0 Grade B Pallets: 0 $ Rec.: 0.00
CFA 954-782-6536 OR 954-788-0695
DO NOT BREAK ORIGINAL SEAL
LOAD ON SLIP SHEET ON CHEP PALLETS
6X6 PINWHEEL ON CHEP
PAYMENT REFERENCE NUMBER = PO NUMBER
APPOINTMENT DATE: 05/13/2005 TIME: 0900 CONTACT:
LOAD: 511 SEQ: 1

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all lawful charges. Signed by DEAN FOODS

Driver Signature: [signature] Date: 5-11-05 Time of pick up:



PACKING LIST Page# 1

Shipper Name and Address
Dean Pickle & Specialty Products Co
3541 North Faison Avenue

Faison, NC 28341
USA

Shipping Marks

Consignee Name and Address Acct# 24223306
MARTIN BROWER CO 46
1650 NW 12TH AVENUE
POMPANO BEACH FL 33069

Purchase Order #
953640

Secondary PO#

PU# 4309 | Wve 001 | PTyp BCP | Seq#1 | Seq#2 | Dock Area D52 | Dock Spot OVF
Pallet# 8277155

Invoice #

Date ...1/05

Name of Carrier
Customer Pickup Carrier

Order #
0933820

Dean FOODS

| Quantity of Pkgs/Items | Contents | Description | Weight in Pounds | UPC |
|---|---|---|---|---|
| 864.000 CS | 08822280577 | 6/.5 GL MCDONALD HDS -MCDON<br>PALLETS OUT: 0000 WHT 00024<br>IN: Grade A Pallets: 0 G Pallets: 0 | 38232.00<br># Rec.: | 000630500000<br>0.00 |

Total Packages: 864
Total Weight: 38232.00 LBS

5/13/05

JG
JOHN GREENE
TRANSPORTATION COMPANY

# INVOICE

3305 S. WASHINGTON AVE.
TITUSVILLE, FL 32780
1-800-327-4860 MC 327414

WINTRA

WINTERHAVEN TRANSPORTATION
SERVICES, INC.
2515 WINTERFIELD DRIVE
GASTONIA NC 28056

| INVOICE NUMBER 009715 | INVOICE DATE 5/18/05 |
|---|---|
| SHIP DATE 5/12/05 | DELIVERY DATE 5/13/05 |
| DRIVER | TRIP NO. |
| P.O. NO. 3909 | B/L NO. |

SHIPPER
MULTI-WALL PACKAGING CORP
SALISBURY NC 28144

CONSIGNEE
MAXPAK INC.
LAKELAND FL 33802

| QUAN. | DESCRIPTION | IDENTIFIER | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| | SKIDS OF FIBER BOARD | FLAT | | 800.00 | 800.00 |
| | *** INVOICE TOTALS *** | | | | 800.00 |

JG JOHN GREENE

**PAYMENT DUE UPON RECEIPT**
**THANK YOU!**

9715

**WINTERHAVEN TRANSPORTATION SERVICES, INC.**
**LOAD CONFIRMATION AND RATE AGREEMENT**

Pursuant to our verbal agreement on this day 5/12/05 both parties agreed that Winterhaven Transportation Service, Inc has brokered to John Greene, the following load. Please refer to our reference # 3909 when inquiring.

Type of equipment 53 Vork

Pallets required 0

Shipper: Multi Wall
Salisbury, NC
pickup: 5/12/05

Consignee: Max PAC
Lakeland, FL
863-682-0123

Special Instructions:

~~2nd stop~~ delivers: 5/13/05
FCFS-0700-1600

3rd stop

RATE AGREED UPON $800.00

Rate agreed and brokered by:
Debra Smith
Signature
Winterhaven Transportation Services, Inc

Rate agreed to and accepted by:

Signature

MC#

Driver:

Truck # Trailer#

Bills must be sent to the following address to be processed for payment:

**Winterhaven Transportation Services, Inc.**
**2515 Winterfield Drive**
**Gastonia, North Carolina 28056**
**Phone (888) 922-4203**
Fax (704) 824-7708

You must include original bill of ladings, invoice and any receipts for loading, unloading, or pallets. Any charges for detention or layover must be included in this agreement. Our terms of payment are 28 business days from day of receipt of orginal bill of ladings in the office of Winterhaven Transportation.

**PLEASE SIGN AND FAX BACK TO (704) 824-7708**

ORIGINAL – NOT NEGOTIABLE

STRAIGHT BILL OF LADING–SHORT FORM

CARRIER: WINTERHAVEN

SHIPPER'S NO 8124

CARRIER'S NO.

DATE 5-12-05

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification any the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

TO: CONSIGNEE MAXPAK. INC.
STREET 2808 NEW TAMPA HIGHWAY
DESTINATION - CITY, STATE, ZIP LAKEland, FL 33815-3465
ROUTE

FROM: SHIPPER **MULTI-WALL PACKAGING CORPORATION**
STREET **P.O. Box 33 • 615 Industrial Ave.**
ORIGIN - CITY, STATE, ZIP **Salisbury, NC 28144**
VEHICLE NO.

| SHIPPING UNITS | H.M. + | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | NMFC NO. | CLASS | *WEIGHT (SUBJECT TO CORRECTION) |
|---|---|---|---|---|---|
| 0 | | SKIDS OF PULPBOARD OR FIBER BOARD | 151320 | 55 | 10,688 |
| 10 | | SKIDS OF FIBERBOARD SINGLE FACED CORRUGATED | 1513151 | 110 | 12,000 |
| | | SKIDS FIBERBOARD: OTHER THAN SINGLE FACED CORRUGATED | 1513152 | 70 | |
| | | SKIDS OF PYRAMID INTERPAC CORRUGATED SUB 3 | 149265 | 150 | |
| | # | 137094, 95 & 96 | Total | WT. = | 22,688 |
| | | 1MAX02 Send freight bill to: | | | |
| | | Multi-Wall Packaging Corp - NC | | | |
| | | c/o Mega Transportation Group | | | |
| | | 300 Wampanoag Trail | | | |

REMIT C.O.D. TO: E. Providence, RI 02915
ADDRESS

COD AMOUNT $

COD FEE PREPAID ☐ $ COLLECT ☐

TOTAL CHARGES ▶ $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" NOTE – Where the rate is dependent on value, shipper's are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_______ per _______

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked ☐ CHECK BOX if charges are to be collect

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

**Multi-Wall Packaging Corporation**
AUTHORIZED SIGNATURE

CARRIER John Grace Trans.
AUTHORIZED SIGNATURE DATE 5/12