UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LIBERTY MUTUAL INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-1376
)
COMMERCIAL SHUTTLE SERVICE, INC., *et al.* )
)
Defendants. )

## ORDER

Upon consideration of the Motion and supporting Memorandum submitted by plaintiff, Liberty Mutual Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from Liberty Mutual Insurance Company in the amount of $10,000.00.

**SO ORDERED** this 25 day of August 2006.

_____
United States District Judge