UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE CO.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:06CV01376 (RJL) |
| | ) |
| **COMMERCIAL SHUTTLE SERVICE, INC.,** | )Re: |
| *et al.* | ) |
| **Defendants.** | )**Commercial Shuttle Service, Inc.** |
| | )          **(Defendant)** |

## DEFAULT

It appearing that the above-named Commercial Shuttle Service, Inc.. failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 9th day of August, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this ____ day of _____, 2006 declared that: Commercial Shuttle Service, Inc. in default.

Nancy M. Mayer-Whittington, Clerk


By:_____
         Deputy Clerk