UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE CO.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv1376 (RJL) |
| | ) |
| **COMMERCIAL SHUTTLE SERVICE, INC.** *et al.*, | ) In re: |
| | ) |
| **Defendants.** | ) <u>**Patterson Freight Systems, Inc.**</u> |
| _____ | ) **(Defendant)** |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this __1st__ day of <u>December, 2006</u>, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) <u>        Patterson Freight Systems, Inc.                                                    </u>
was [were]:    [personally served with process on _____].

   OR
   [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee) on:
                    <u>August 7, 2006</u>                                   ].

   OR
   [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
   _____].

   [The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
   is:_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                  /s/
                         Attorney for Plaintiff(s) [signature]
                         Eric R. Stanco
                         126 C Street, N.W.

456896                         Washington, D.C. 20001
Bar Id. Number           202-331-8822 (o)   202-331-9705 (fax)
                         Address and telephone number