UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE CO.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:06CV01376 (RJL) |
| | ) |
| **COMMERCIAL SHUTTLE SERVICE, INC.,** | )**Re:** |
| *et al.* | ) |
| **Defendants.** | )**Patterson Freight Systems, Inc.** |
| _____ | )                **(Defendant)** |

## DEFAULT

It appearing that the above-named Patterson Freight Systems, Inc. failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 7th day of August, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this \_\_\_\_ day of _____, 2006 declared that: Patterson Freight Systems, Inc. in default.

Nancy M. Mayer-Whittington, Clerk


By:_____
            Deputy Clerk