Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIBERTY MUTUAL INSURANCE CO

Plaintiff(s)

V.

COMMERCIAL SHUTTLE SERVICE, INC. et al

Defendant(s)

Civil Action No. 06-cv-01376-RJL

RE: COMMERCIAL SHUTTLE SERVICE, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 09, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Jackie Francis
Deputy Clerk