UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**LIBERTY MUTUAL INSURANCE CO.,**   )
                                    )
      **Plaintiff**            )
                                    )
v.                                  )  Civil Action No. 1:06CV01376 (RJL)
                                    )
**COMMERCIAL SHUTTLE SERVICE, INC.,** )
**JOHN GREENE TRANSPORTATION CO.,** )
**PATTERSON FREIGHT SYSTEMS, INC.,** )
**HOLLAR & GREENE PRODUCE CO., INC.,** )
**and WINTERHAVEN TRANSPORTATION**  )
**SERVICES, INC.,**                 )
                                    )
      **Defendants.**          )
_____ )

## AGREED MOTION FOR JUDGMENT

Plaintiff in Interpleader, Liberty Mutual Insurance Company ("Liberty"), and Defendant in Interpleader, John Greene Transportation Company (Greene), being all of the parties who have appeared in this action, hereby move this Honorable Court for an Order providing for the distribution of the proceeds of the Bond previously deposited with the Court by Liberty and exonerating Liberty from further liability on the Bond, and dismissing the claims between these parties with prejudice.

Counsel for Liberty and Greene have conferred and agreed to the relief sought in this Motion.

In support of this Motion, the parties submit a Memorandum of Points and Authorities and a proposed Order filed herewith.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE COMPANY,
By its attorneys:

_____
Eric R. Stanco
(D.C. Bar No. 456896)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

JOHN GREENE TRANSPORTATION COMPANY,
By its attorneys:

_____
John T. Husk, Esquire
(D.C. Bar No. 434714)
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA  22182
(703) 573-0700
(703) 573-9786 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Eric R. Stanco, hereby certify that the foregoing was served upon all counsel of record and parties appearing *pro se* in this matter by U.S. Mail, first class postage pre-paid, this 12th day of May, 2007.

_____