UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE CO.,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil Action No. 1:06CV01376 (RJL) |
| ) | |
| **COMMERCIAL SHUTTLE SERVICE, INC.,** ) | |
| **JOHN GREENE TRANSPORTATION CO.,** ) | |
| **PATTERSON FREIGHT SYSTEMS, INC.,** ) | |
| **HOLLAR & GREENE PRODUCE CO., INC.,** ) | |
| and **WINTERHAVEN TRANSPORTATION** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Liberty Mutual Insurance Company (Liberty), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 55 (b), moves this Honorable Court for an Order providing for entry of Judgment against Defendant, Winterhaven Transportation Services, Inc. (Winterhaven) in this action. In support of its Motion, Liberty states:

1.   Defendant, Winterhaven was validly served with a Summons and the Complaint on August 28, 2006, but Winterhaven subsequently failed to appear, as required by the Rules.

2.   Accordingly, pursuant to Fed. R. Civ. P. 55 (a), the default of defendant, Winterhaven was entered by the Clerk on February 20, 2007.

3.   In this action, Liberty has asserted a claim against Winterhaven for a sum which can by computation be made certain: Liberty has been damaged by the distributions from its bond penalty to the interpleader defendants totaling $4,620.00, plus the attorney's fees and costs incurred by Liberty to

date of $1,699.91, for a total loss in the amount of $6,319.91.

In further support of its Motion, Liberty submits its Memorandum of Points and Authorities, Unsworn Declaration of Jeannette Giesen and proposed Order filed herewith.

**WHEREFORE**, plaintiff, Liberty Mutual Insurance Company respectfully requests that this Court:

1. Issue an Order of Judgment against Winterhaven Transportation Services, Inc., and in favor of Liberty Mutual Insurance Company, in the amount of $6,319.91, and that interest shall accrue thereon at the statutory rate;

2. Grant Liberty Mutual Insurance Company such other and further relief as this Court deems just and proper.

                              Respectfully submitted,

                              LIBERTY MUTUAL INSURANCE COMPANY,
                              By its attorneys:

                              _____
                              Eric R. Stanco
                              (D.C. Bar No. 456896)
                              Stanco & Associates
                              126 C Street, N.W.
                              Washington, D.C. 20001
                              (202) 331-8822
                              (202) 331-9705 (facsimile)

Dated: May 12, 2007.