UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LIBERTY MUTUAL INSURANCE CO., )
)
        **Plaintiff** )
v. ) Civil Action No. 1:06CV01376 (RJL)
)
COMMERCIAL SHUTTLE SERVICE, INC., )
JOHN GREENE TRANSPORTATION CO., )
PATTERSON FREIGHT SYSTEMS, INC., )
HOLLAR & GREENE PRODUCE CO., INC., )
and WINTERHAVEN TRANSPORTATION )
SERVICES, INC., )
)
        **Defendants.** )
_____)

## ORDER OF JUDGMENT

**THIS MATTER** came before the Court upon Plaintiff, Liberty Mutual Insurance Company's Motion for Entry of Default Judgment,

**IT APPEARING** from the record that Defendant, Winterhaven Transportation Services, Inc. (Winterhaven), was validly served and failed to defend or otherwise respond to the Complaint, and its default was previously entered upon the docket by the Clerk pursuant to Fed. R. Civ. P. 55 (a);

**FURTHER** that plaintiff's claim is for a sum certain or a sum which can by computation be made certain, and plaintiff has provided an Unsworn Declaration of Jeannette Giesen stating the amount due and setting forth the basis for that amount;

In consideration of the foregoing, and the entire record in this matter, it is hereby,

**ORDERED** that Liberty Mutual Insurance Company's Motion be and hereby is GRANTED; and it is

**IT IS ORDERED AND ADJUDGED** that Judgment should enter against defendant, Winterhaven Logistics Company, and in favor of plaintiff, Liberty Mutual Insurance Company, in the amount of Six Thousand Three Hundred and Nineteen Dollars and Ninety-One Cents ($6,319.91), and that interest shall thereafter accrue thereon at the statutory rate of interest;

**SO ORDERED** this ____ day of _____, 2007.

_____
United States District Court Judge

Copies to:

Eric R. Stanco, Esq.
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
*Counsel for Liberty Mutual Insurance Company*

John T. Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA  22182
*Counsel for John Greene Transportation Company*