UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br><br> Plaintiff <br><br> v. <br><br> COMMERCIAL SHUTTLE SERVICE, INC., <br> JOHN GREENE TRANSPORTATION CO., <br> PATTERSON FREIGHT SYSTEMS, INC., <br> HOLLAR & GREENE PRODUCE CO., INC., <br> and WINTERHAVEN TRANSPORTATION <br> SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06CV01376 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGREED ORDER FOR JUDGMENT

THIS DAY this case came on to be heard upon the Motion of plaintiff, Liberty Mutual Insurance Company (Liberty), and defendant, John Greene Transportation Company (Greene), being all of the parties who have appeared in this action,

This Court, having considered the Motion and having been advised that the Plaintiff and Defendant have settled and compromised the disputes existing between them, finds that the Motion is well taken and should be granted for the reasons stated below.

Liberty Mutual Insurance Company issued a Property Brokers Bond as required by the Federal Highway Administration for and on behalf of Winterhaven Transportation Services, Inc.(Winterhaven). Liberty subsequently received numerous claims against the Bond that Winterhaven had failed to pay freight charges for the shipment of goods.

Liberty affirmatively asserted the limitations of its liability in the penal sum of $10,000.00, as it appeared on the face of the Bond. However, in view of claims both real and potential, Liberty was in doubt as to which claimants, known or unknown, were entitled to be

paid out of the penal sum of the Bond. Accordingly, Liberty instituted this interpleader action with the Court, ultimately naming and serving process on all known defendants pursuant to Federal Rules of Civil Procedure 4 and 22.

Liberty subsequently deposited the entire penal sum of the Bond into the Registry of the Court without reservation of any rights against the deposited funds. Liberty has asserted no contrary claim to the disputed portion of the Bond proceeds.

Thereafter, Greene filed a timely Answer and Claim against the Bond in the amount of $4,620.00.

Liberty and Greene, being the only parties in this action have conferred and mutually agree that Greene should receive the entire amount of its claim and Liberty receive the remainder of the interpleaded funds.

In consideration of the foregoing, and the entire record in this matter, it is hereby,

**ORDERED** that the above Motion be and hereby is GRANTED; and it is

**FURTHER ORDERED AND ADJUDGED** that the funds on deposit in this matter shall be distributed as follows: (1) John Greene Transportation Company, Taxpayer ID #59-3366518, c/o John T. Husk, Esq., Seaton & Husk, L.P., 2240 Gallows Road, Vienna, VA 22182, the sum of $4,620.00; (2) Liberty Mutual Insurance Company Mutual Insurance Company, c/o Eric R. Stanco, Stanco & Associates, 126 C Street, N.W., Washington, DC 20001, the rest and remainder of the Bond proceeds, plus any accumulated interest.

**IT IS FURTHER ORDERED AND ADJUDGED** that Liberty paid into the registry of the Court the full penal sum of Bond No. 018-005-737, without reservation, and, accordingly, upon distribution of the Bond proceeds Liberty's liability will have been completely settled, its

obligations under the Bond extinguished, and Liberty is hereby discharged and exonerated from any and all further obligations and liability arising out of the Bond;

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims and counterclaims between Liberty and all Defendants are hereby Dismissed with Prejudice and further proceedings in this case, if any, shall be on the claims between Liberty and Winterhaven only.

SO ORDERED this 15th day of May, 2007.

_____
United States District Court Judge

Copies to:

Eric R. Stanco, Esq.
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
*Counsel for Liberty Mutual Insurance Company*

John T. Husk, Esq., DC Bar # 434714
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA  22182
*Counsel for John Greene Transportation Company*